UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW RACHAL,

   Petitioner,

  v.

ROBERT W. FOX,

   Respondent.

Case No. 17-cv-01254-PJH

**ORDER LIFTING STAY AND REOPENING CASE**

  This is a habeas case filed on behalf of a state prisoner. Petitioner filed a federal habeas petition on March 9, 2017, and on the same day, filed a motion to stay proceedings. See Dkt. 1, 4. Petitioner noted that he had filed a state habeas petition, and that petition was still pending. Petitioner requested that the federal proceedings be stayed until the state proceedings had concluded.

  The court granted the motion to stay on April 3, 2017. Dkt. 9. The court directed petitioner to notify this court within 30 days after resolution of his state habeas petition, and stated that "the case will be reopened and the stay vacated" upon such notification. Id.

  On March 9, 2021, petitioner filed a status report stating that his state court claims have been denied. Dkt. 11. Petitioner requests that this court lift the stay and allow him 30 days to file an amended petition. Dkt. 11.

  Because petitioner's state proceedings have concluded, the court hereby lifts the stay and reopens this case. Petitioner shall have 30 days from the date of this order to

file an amended petition.

**IT IS SO ORDERED.**

Dated: March 10, 2021

        /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge