IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MARK RACHAL,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT W. FOX, WARDEN OF<br><br>CALIFORNIA MEDICAL FACILITY<br>Respondent,<br><br>On Habeas Corpus.<br>_____/<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Real Party In Interest<br>_____/ | CASE NO. 17-cv-01254-PJH<br><br>**ORDER GRANTING PETITIONER'S 2nd MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

    Petitioner, MARK ANDREW RACHAL, having duly applied for an extension of time to file his Traverse and good cause appearing, IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including June 10, 2022.

Dated: 4/28/2022

IT IS SO ORDERED
Judge Phyllis J. Hamilton

JUDGE _____ DISTRICT COURT

5