UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW RACHAL,

    Plaintiff,

v.

ROBERT W. FOX,

    Defendant.

Case No. 17-cv-01254-PJH

**JUDGMENT**

The court having entered a ruling today denying the first amended petition for writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of the petition.

**IT IS SO ORDERED.**

Dated: February 12, 2024

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge