UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW RACHAL,

        Petitioner,

   v.

ROBERT W. FOX,

        Respondent.

Case No. 17-cv-01254-PJH

**ORDER GRANTING LEAVE TO APPEAL IN FORMA PAUPERIS**

Re: Dkt. No. 48

    Petitioner's motion to proceed IFP on appeal (Dkt. 48) is GRANTED. The clerk shall forward this order to the Ninth Circuit in Case No. 24-1722. See Fed. R. App. P. 24.

**IT IS SO ORDERED.**

Dated: April 22, 2024

                /s/ Phyllis J. Hamilton
                PHYLLIS J. HAMILTON
                United States District Judge